ACCEPTED
01-14-00707-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/5/2015 4:28:43 PM
CHRISTOPHER PRINE
CLERK

# THE AKERS FIRM

Professional Limited Liability Company

ATTORNEYS AT LAW
The Clocktower Building
3401 Allen Parkway, Suite 101
HOUSTON, TEXAS 77019
(713) 877-2500
FAX 1-713-583-8662

**BROCK C. AKERS**

BOARD CERTIFIED PERSONAL INJURY
AND CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
CIVIL TRIAL ADVOCACY
NATIONAL BOARD OF TRIAL ADVOCACY

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/5/2015 4:28:43 PM
CHRISTOPHER A. PRINE
Clerk

DIRECT DIAL
713-550-0232
e-mail: bca@akersfirm.com

May 5, 2015

Clerk
First Court of Appeals
301 Fannin, Room 208
Houston, Texas 77002-2066

RE: Cause No. 01-14-00707-CV; Marinecorp International, Ltd. v. The Chopper Group, LLC and Outlaw County, LLC

Gentlemen:

For the court's record, the following is the undersigned's 2015 Attorney Vacation Schedule Request. Please make your data entry accordingly.

June 29, 2015 through July 2, 2015
July 6, 2015 through July 10, 2015
August 3, 2015 through August 7, 2015 and
August 10, 2015 through August 14, 2015

Should you have any questions regarding the above, please do not hesitate to give me a call.

Sincerely,

Brock C. Akers

BCA:pdg